

*please file.*

U.S. Department of Justice

Federal Bureau of Prisons

*Washington, DC 20534*

August 23, 2006

The Honorable Carl Horn, III
Magistrate Judge of the U.S. District Court
   for the Western District of North Carolina
401 West Trade Street, Room 238
Charlotte, North Carolina 28201

**Re:**   **Crook, Samuel P.**
      **Reg. No. 19545-058**
      **Doc. Nos. 3:04CR58-Cacheris**
                **3:04CR59=Cacheris**

Dear Judge Horn:

This is in response to your order that Samuel P. Crook be designated to the Federal Medical Center (FMC), Butner, North Carolina, for a study under Title 18, U.S. Code, Section 4243(e).

Mr. Crook was classified as a high security level offender and requires greater security than FMC Butner ordinarily provides. Therefore, we have designated Mr. Crook to FMC Devens, Massachusetts, where he will receive a comprehensive evaluation.

If we may be of further assistance, please contact us at (202) 353-4659.

Sincerely,

RADM Newton E. Kendig
Medical Director