UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04-cr-00058-MOC-DSC
[Consolidated with 3:04cr59]

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| SAMUEL PAUL CROOK, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Continue Hearing. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue Hearing (#126) is GRANTED, and the Clerk of Court is instructed to reschedule such hearing during the month of March 2016.

Signed: January 21, 2016

Max O. Cogburn Jr.
United States District Judge