UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04-cr-59-MOC-DSC-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **SAMUEL P. CROOK,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion to Withdraw Guilty Plea, Motion for New Trial, and Motion for Transfer, (#142).

Defendant is represented by court-appointed counsel in this matter. Under L.Cr.R. 47.1(g), the Court typically does not entertain *pro se* motions by parties who are already represented by counsel. Defendant is encouraged to consult with his counsel about filing any appropriate motions on his behalf, and the Court will gladly hear any motion defendant's counsel makes on his behalf. Having thus considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Pro Se Motion to Withdraw Guilty Plea, Motion for New Trial, and Motion for Transfer, (#142) is **DENIED without prejudice**.

Signed: January 22, 2020

Max O. Cogburn Jr.
United States District Judge