UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-cr-58; 3:04-cr-59

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **SAMUEL PAUL CROOK,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's *pro se* Motions to Amend Verdict, filed in each of the above-captioned matters. (Doc. No. 170, Case No. 3:04cr59; Doc. No. 202, Case No. 3:04cr58).

Defendant was charged by Indictment in 2004 for threatening to kill former U.S. President George Bush. After a non-jury trial in 2005, Defendant was found not guilty by reason of insanity and was sent to a mental health facility. Defendant was later released but was brought back into custody after he violated the terms of his release. He is currently incarcerated at FMC Devens in Ayer, Massachusetts.

In his motions, Defendant appears to be asking the Court to alter the verdict in his 2005 trial. Defendant's motions are denied, as he sets forth no authority for this Court to amend the verdict entered after a non-jury trial held in 2005.

Finally, Defendant has a long history of filing meritless and nonsensical *pro se* motions with this Court. Defendant's numerous motions are placing an undue burden on the Court. The Court hereby warns Defendant that if he continues to file frivolous motions, the Court will enter

-1-

an Order preventing Defendant from filing further motions without first obtaining approval from the Court. Having thus considered defendant's motions, the court issues the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motions to Amend Verdict (Doc. No. 170, Case No. 3:04cr59; Doc. No. 202, Case No. 3:04cr58) are **DENIED**. The clerk of court is respectfully instructed to enter this Order in both of the above-captioned matters.

Signed: October 22, 2021

Max O. Cogburn Jr
United States District Judge