UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-cr-59-MOC-DSC
3:04-cr-58-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **SAMUEL P. CROOK,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on defendant's Pro Se Motion for New Trial, (3:04-cr-58, Doc. No. 212, 3:04-cr-59, Doc. No. 180).

Defendant is represented by counsel in this matter. Under L.Cr.R. 41.7(h), the Court typically does not entertain *pro se* motions by parties who are already represented by counsel. Defendant is encouraged to consult with his counsel about filing any appropriate motions on his behalf, and the Court will gladly hear any motion defendant's counsel makes on his behalf. Having thus considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

Furthermore, the Court has already warned Defendant that if he continues to file motions while he is represented by counsel, the Court will impose monetary sanctions against him. (Doc. No. 207). Upon the next pro se filing by Defendant while still represented by counsel, the Court will impose a monetary sanction of $5, to be withdrawn from his inmate trust account.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Pro Se Motion for New Trial, (3:04-cr-58, Doc. No. 212, 3:04-cr-59, Doc. No. 180), is **DENIED without prejudice**.

Signed: November 18, 2022

Max O. Cogburn Jr
United States District Judge